Circuit Court for Montgomery County
Case No. C-15-CV-25-005819
Argued: September 9, 2026

IN THE SUPREME COURT

OF MARYLAND

No. 17

September Term, 2025

---

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

ARYA SALEH

---

Fader, C.J.,
Watts,
Booth,
Biran,
Gould,
Eaves,
Killough,

JJ.

---

PER CURIAM ORDER

---

Filed: September 11, 2026

| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | No. 17 |
| ARYA SALEH | * | September Term, 2025 |
| | * | |

PER CURIAM ORDER

For reasons to be set forth in an opinion to be filed later, it is this 11th day of September 2026, by the Supreme Court of Maryland,

ORDERED that, effective immediately, Respondent Arya Saleh is disbarred from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Arya Saleh from the register of attorneys and the Clerk shall comply with the notice provisions of Rule 19-761(b); and it is further

ORDERED that, pursuant to Rule 19-709, Arya Saleh shall pay all costs as assessed by the Clerk and judgment in the amount of the costs assessed by the Clerk is entered in favor of the Attorney Grievance Commission and against Arya Saleh.

/s/ Matthew J. Fader
Chief Justice